No. 83–594.   PITTS v. GAF CORP. ET AL.   C. A. 7th Cir. Certiorari denied.   JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 83–5509.   PROFFITT v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.;
No. 83–5530.   SCHIRO v. INDIANA.   Sup. Ct. Ind.;
No. 83–5533.   LANEY v. TENNESSEE.   Sup. Ct. Tenn.;
No. 83–5544.   SMITH v. KEMP, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER.   C. A. 11th Cir.; and
No. 83–5644.   ANTONE v. STRICKLAND, SUPERINTENDENT, FLORIDA STATE PRISON, ET AL.   C. A. 11th Cir.   Certiorari denied.   Reported below: No. 83–5509, 685 F. 2d 1227 and 706 F. 2d 311; No. 83–5530, 451 N. E. 2d 1047; No. 83–5533, 654 S. W. 2d 383; No. 83–5544, 715 F. 2d 1459; No. 83–5644, 706 F. 2d 1534.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 82–1390.   ASHLEY ET AL. v. CITY OF JACKSON, MISSISSIPPI, ET AL., *ante*, p. 900;
No. 82–1633.   HOSPITAL BUILDING CO. v. TRUSTEES OF REX HOSPITAL ET AL., *ante*, p. 904;
No. 82–1914.   FALKOWSKI v. PERRY ET AL., *ante*, p. 819;
No. 82–1947.   KOKER ET UX. v. BETTS ET AL., *ante*, p. 803;
No. 82–2044.   WESTERN FOOD EQUIPMENT CO. v. FOSS AMERICA, INC., *ante*, p. 825;
No. 82–2106.   LAMPKIN v. NORTH AMERICAN FINANCE CO., *ante*, p. 828;
No. 82–2125.   METROPOLITAN PACKAGE STORE ASSN., INC., ET AL. v. KOCH, MAYOR OF THE CITY OF NEW YORK, ET AL., *ante*, p. 802;
No. 82–2142.   YEE v. YEE ET AL., *ante*, p. 829;
No. 82–6487.   GADOMSKI v. UNITED STATES STEEL CORP., 461 U. S. 946; and
No. 82–6785.   RONAN v. BRIGGS ET AL., *ante*, p. 836.   Petitions for rehearing denied.